August 13, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00109-CV

BRANDON HODGES, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS TRUSTEE OF DISTRICT FOR MIDLAND ISD; DR. MARY BONE, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS A TRUSTEE OF ROUND ROCK ISD; AND DANIELLE WESTON, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS A TRUSTEE OF ROUND ROCK ISD,

Appellants

V.

PECOS-BARSTOW-TOYAH INDEPENDENT SCHOOL DISTRICT, ET AL.,

Appellees[1]

---

[1]  The other appellees are: Athens Independent School District, Beeville Independent School District, Ben Bolt Independent School District, Brownsville Independent School District, Canutillo Independent School District, Connally Independent School District, Crandall Independent School District, Crane Independent School District, Crowley Independent School District, Forney Independent School District, Fort Stockton Independent School District, Hays Independent School District, Hearne Independent School District, Hereford Independent School District, Jarrell Independent School District, Karnes City Independent School District, Kingsville Independent School District, Lasara Independent School District, Lockhart Independent School District, Manor Independent School District, Mansfield Independent School District, Nacogdoches Independent School District, Plainview Independent School District, Plano Independent School District, Quinlan Independent School District, Red Oak Independent School District, Splendora Independent School District, Sweetwater Independent School District, Temple Independent School District, Terrell Independent School District, Westwood Independent School District, and Wills Point Independent School District.

_____

This cause, an appeal from the judgment in favor of appellee, Pecos-Barstow-Toyah Independent School District, et al., signed, September 18, 2024, was heard on the appellate record. The record shows that this court lacks jurisdiction. We therefore order the appeal **DISMISSED**.

We order appellants, Brandon Hodges, individually and in his official capacity as Trustee of District for Midland ISD; Dr. Mary Bone, individually and in her official capacity as a Trustee of Round Rock ISD; and Danielle Weston, individually and in her official capacity as a Trustee of Round Rock ISD, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

Judgment Rendered August 13, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Chief Justice Brister.